UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JASON TODD,** | : | Civil No. 1:25-CV-1336 |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA, et al.,** | : | **(Magistrate Judge Carlson)** |
| | : | |
| **Defendants.** | : | |

### ORDER

AND NOW this 10th day of September 2025, in accordance with the accompanying memorandum opinion, IT IS ORDERED that the plaintiff's complaint is DISMISSED without prejudice to the filing of an amended complaint which fully complies with federal pleadings standards, provided that an amended complaint is filed on or before **September 30, 2025**. The clerk is directed to CLOSE this case pending receipt of any proposed amended complaint.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge