# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JASON TODD,** | : | Civil No. 1:25-CV-1336 |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA, et al.,** | : | (Magistrate Judge Carlson) |
| | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 17th day of October 2025, in accordance with the accompanying Memorandum Opinion, IT IS ORDERED that the plaintiff's amended complaint is DISMISSED with prejudice and the plaintiff's motion to transmit information to various federal agencies, (Doc. 27), is DENIED.

<em>S/Martin C. Carlson</em><br>
Martin C. Carlson<br>
United States Magistrate Judge

1